# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Trust, Alan S. | Bankruptcy Court | 09/12/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Bankruptcy Judge | ☐ Nomination ☐ Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2013 to 12/31/2013 |

**7. Chambers or Office Address**

290 Federal Plaza, 9th floor
Central Islip, NY 11722

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. April 2008 | following dissolution of Trust.Law.Firm, P.C. on April 1, 2008, I am to receive the net profits of the firm recieved thereafter based on my sole ownership |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trust, Alan S. | 09/12/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2013 | Teaching - St Johns University School of Law | $7,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Conference Institute | 2/13 | NY, NY | speaker at seminar in New York City | reimbursement for actual out of pocket travel |
| 2. | State Bar of Texas | 6/13 | Austin, TX | speaker at seminar in Austin, TX | reimbursement for actual out of pocket travel, lodging and meals |
| 3. | Center for American and International Law | 5/13 | Plano, TX | speaker at seminar in Plano, Tx | reimbursement for actual out of pocket travel, lodging and meals |
| 4. | Federal Bar Association | 9/13 | San Juan, PR | speaker at a seminar for a national bar organization in San Juan | reimbursement for actual out of pocket travel, lodging and meals |
| 5. | American Conf Institute | 7/13 | Chicago, IL | speaker at a seminar in Chicago Ill | reimbursement for actual out of pocket travel, lodging and meals |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trust, Alan S. | 09/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Ameriprise / Columbia Cash Mgt Accounts IDSXX | A | Interest | J | T | | | | | |
| 2. | RVS Life Fixed (annuity) | | None | K | T | | | | | See Part VIII |
| 3. | RVS / COL / SPS VP Cash Mgt (annuity) | | None | K | T | Buy (add'l) | 3/15/13 | J | | see Part VIII |
| 4. | RVS / COL VP High Yield Bond (annuity) | | None | K | T | | | | | See Part VIII; |
| 5. | Goldman VIT MidCap Va (annuity) | | None | J | T | | | | | see Part VIII; |
| 6. | Fid VIP Midcap Cl2 (annuity) | | None | J | T | | | | | see Part VIII; |
| 7. | FT VIP Small Cap Valu (annuity) | | None | J | T | | | | | see Part VIII; |
| 8. | WF Adv VT Small Cap (annuity) | | None | J | T | Sold (part) | 9/13/13 | J | | see Part VIII |
| 9. | THDNDL /COL VP Emerg Mkts (annuity) | | None | J | T | | | | | see Part VIII |
| 10. | Wanger Int'l Small Cap (annuity) | | None | J | T | | | | | see Part VIII; |
| 11. | FT GLB VIP Real Estate (annuity) | | None | J | T | | | | | see Part VIII |
| 12. | Oppenheimer Strat Bond (annuity) | | None | K | T | | | | | see Part VIII |
| 13. | Alliance Bernstein Equity Income IRA (now at AmPrise) | A | Int./Div. | K | T | Sold (part) | 07/25/13 | K | | see Part VIII |
| 14. | Alliance Bernstein Global Thematic IRA (now at AmPrise) | | None | J | T | Sold (part) | 7/25/13 | J | | see Part VIII |
| 15. | Alliance Bernstein Int'l Growth IRA &SEP transfer to AmPrise then sold | A | Int./Div. | | | Sold | 7/25/13 | J | | see Part VIII |
| 16. | Alliance Bernstein Int'l Value IRA & SEP transfer to AmPrise then sold | A | Int./Div. | | | Sold | 7/25/13 | J | | see Part VIII |
| 17. | ALliance Bernstein Int'l IRA & SEP transfer to AmPrise then sold | A | Int./Div. | | | Sold | 7/25/13 | J | | see Part VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Alliance Bernstein Small CapGrowth IRA transfer to AmPrise then sold | A | Int./Div. | | | Sold | 7/25/13 | K | | see Part VIII |
| 19. Alliance Bernstein Growth IRA & SEP transfer to AmPrise then sold | A | Int./Div. | | | Sold | 7/25/13 | K | | see Part VIII |
| 20. Alliance Bernstein Disc Value SEP IRA transfer to AmPrise | B | Int./Div. | K | T | Buy (add'l) | 7/25/13 | J | | see Part VIII |
| 21. | | | | | Buy (add'l) | 8/26/13 | J | | see Part VIII |
| 22. | | | | | Buy (add'l) | 9/26/13 | J | | see Part VIII |
| 23. Alliance Bern BSS nka Bernstein Sanford Int'l IRA transfer to AmPrise | A | Int./Div. | J | T | Sold | 7/25/13 | J | | see Part VIII |
| 24. Mass Mutual Annuity -- MML Equity | | None | J | T | Buy (add'l) | 06/13/13 | J | | see Part VIII |
| 25. Mass Mutual Annuity -- Opp Global Strategic | | None | J | T | Sold (part) | 06/03/13 | J | | acq. 24 see Part VIII |
| 26. | | | | | Sold (part) | 06/03/13 | J | | acq line 28; see Part VIII |
| 27. | | | | | Sold (part) | 06/03/13 | J | | acq line 30 see Part VIII |
| 28. Mass Mutual Annuity -- Opp Main Street Small Cap | | None | J | T | | | | | |
| 29. Mass Mutual Annuity -- Opp Main Street | | None | J | T | Buy (add'l) | 06/13/13 | J | | see Part VIII |
| 30. Mass Mutual Annuity Main Street Global (NEW) | | None | J | T | Buy | 06/13/13 | J | | see Part VIII |
| 31. Oppenheimer Cap App (both) | A | Int./Div. | L | T | Buy (add'l) | 05/06/13 | J | | see Part VIII |
| 32. | | | | | Sold (part) | 07/09/13 | J | | loss see Pat VIII |
| 33. Oppenheimer Global Fund | A | Int./Div. | L | T | Buy (add'l) | 05/06/13 | J | | see Part VIII |
| 34. | | | | | Buy (add'l) | 05/14/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trust, Alan S. | 09/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold (part) | 10/16/13 | J | B | |
| 36. | | | | | Buy (add'l) | 11/20/13 | J | | |
| 37. | | | | | Buy (add'l) | 11/22/13 | J | | |
| 38. Oppenheimer Global Opportunities | | None | K | T | Buy | 05/06/13 | J | | see Part VIII |
| 39. | | | | | Buy (add'l) | 08/01/13 | J | | |
| 40. | | | | | Buy (add'l) | 9/03/13 | J | | |
| 41. | | | | | Buy (add'l) | 10/21/13 | J | | |
| 42. | | | | | Buy (add'l) | 11/20/13 | J | | |
| 43. Oppenheimr Global Value | | None | K | T | Buy (add'l) | 05/06/13 | J | | see Part VIII |
| 44. | | | | | Buy (add'l) | 08/01/13 | J | | |
| 45. | | | | | Buy (add'l) | 09/03/13 | J | | |
| 46. | | | | | Buy (add'l) | 11/18/13 | J | | |
| 47. Oppenheimer Main Street Fund | A | Int./Div. | L | T | | | | | |
| 48. Oppenheimer Main Street Small MidCap & Select | A | Int./Div. | L | T | Sold (part) | 04/15/13 | J | | exchange for line - EqInc |
| 49. | | | | | Buy (add'l) | 05/13/13 | J | | |
| 50. Oppenheimer Global Strategic Income (fka Champion Income) | A | Int./Div. | J | T | Buy (add'l) | 05/06/13 | J | | |
| 51. | | | | | Sold (part) | 06/18/13 | J | | loss see VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trust, Alan S. | 09/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold | 07/29/13 | J | | loss see VIII |
| 53. | | | | | Buy | 10/14/13 | J | | |
| 54. Oppenheimer Global Allocation (Quest) | A | Int./Div. | J | T | Sold (part) | 02/04/13 | J | | loss see VIII |
| 55. Oppenheimer Sr. Floating | B | Int./Div. | K | T | Buy (add'l) | 02/04/13 | J | | |
| 56. | | | | | Sold (part) | 05/14/13 | J | | loss see VIII |
| 57. | | | | | Sold (part) | 05/21/13 | J | | loss see VIII |
| 58. Oppenheimer Rochester AMT Free | B | Int./Div. | | | Buy (add'l) | 02/04/13 | J | | |
| 59. | | | | | Buy (add'l) | 02/15/13 | J | | |
| 60. | | | | | Sold (part) | 05/06/13 | J | | loss see VIII |
| 61. | | | | | Sold (part) | 05/13/13 | J | | loss see VIII |
| 62. | | | | | Sold (part) | 07/24/13 | J | | loss see VIII |
| 63. | | | | | Sold (part) | 08/02/13 | J | | loss see VIII |
| 64. | | | | | Sold | 11/22/13 | J | | loss see VIII |
| 65. Oppenheimer Rochester Nat'l Munis nka High Yield Munis | A | Int./Div. | | | Buy (add'l) | 2/4/13 | J | | |
| 66. | | | | | Sold | 6/18/13 | J | A | loss see VIII |
| 67. Oppenheimer Int'l Small Co | A | Int./Div. | K | T | Buy (add'l) | 04/15/13 | J | | |
| 68. | | | | | Buy (add'l) | 05/06/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trust, Alan S. | 09/12/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 05/21/13 | J | | |
| 70. | | | | | Buy (add'l) | 06/18/13 | J | | |
| 71. | | | | | Sold (part) | 11/07/13 | J | B | |
| 72. | | | | | Buy (add'l) | 11/22/13 | J | | |
| 73. Oppenheimer Rochester Limited Term Munis | A | Int./Div. | J | T | Sold (part) | 04/15/13 | J | | loss see VIII |
| 74. | | | | | Sold (part) | 05/06/13 | J | | loss see VIII |
| 75. | | | | | Sold (part) | 07/09/13 | J | | loss see VIII |
| 76. | | | | | Sold (part) | 11/18/13 | J | | loss see VIII |
| 77. | | | | | Sold (part) | 11/22/13 | J | | loss see VIII |
| 78. scholar's Edge 529 Plan - Age based portfolio (15-17) | | None | M | T | Sold (part) | 04/01/13 | K | | see Part VIII; |
| 79. Belt West Funding Corp raw land in Dallas County | A | Interest | J | U | | | | | |
| 80. Royal McAbee universal life insurance | | None | J | T | | | | | |
| 81. State of Israel savings bond | A | Int./Div. | J | T | | | | | |
| 82. Energy East | A | Int./Div. | J | T | | | | | |
| 83. Merrill Lynch / AIG stock | A | Int./Div. | J | T | | | | | |
| 84. Amprise TWEAX Amer Century Eq Income | A | Int./Div. | J | T | Sold (part) | 5/6/13 | J | A | see Part VIII |
| 85. | | | | | Buy (add'l) | 8/26/13 | J | | see Part VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trust, Alan S. | 09/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 9/26/13 | J | | see Part VIII |
| 87. | | | | | Buy (add'l) | 7/25/13 | J | | see Part VIII |
| 88. Amprise ODMAX Oppenheimer Developing Mkts | A | Int./Div. | J | T | | | | | |
| 89. Oppenheimer Discovery | B | Int./Div. | M | T | Buy (add'l) | 04/15/13 | J | | |
| 90. | | | | | Buy (add'l) | 05/06/13 | J | | |
| 91. | | | | | Buy (add'l) | 05/13/13 | J | | |
| 92. | | | | | Buy (add'l) | 05/14/13 | J | | |
| 93. Ameriprise MDLOX Blackrock Golbal Allocation | A | Int./Div. | J | T | Buy (add'l) | 5/3/13 | J | | |
| 94. IMNYX (Legg Mason) Western Asset Intermed NY Munis | B | Int./Div. | K | T | | | | | |
| 95. Fidelity VIP Contra (w/in aunnity) | | None | K | T | | | | | see Part VIII |
| 96. Am Century / VP Value (w/in annuity) | | None | K | T | | | | | see Part VIII; |
| 97. CNL Lifestyles CNLIDI (w/in L IRA) | B | Int./Div. | J | T | | | | | |
| 98. Corp Prop Assoc CPA17 (w/in L IRA) | A | Int./Div. | J | T | | | | | |
| 99. Am Insured Mkt (w/in L IRA) | A | Int./Div. | J | T | | | | | |
| 100. MITTX (w/in L IRA) Mass MFS Investors | A | Int./Div. | J | T | Sold (part) | 5/13/13 | J | A | |
| 101. ATHAX (w/in L IRA) Amer Century Heritage | A | Int./Div. | J | T | | | | | |
| 102. MGIAX (w/in L IRA) MFS Int'l Value | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trust, Alan S. | 09/12/2014 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. RRIAX (w/in L IRA) Columbia Global Infra fka Col Recovery Infra | A | Int./Div. | J | T | Sold (part) | 5/3/13 | J | A | |
| 104. DELETED reoprted as sold in 2012 | | None | | | | | | | |
| 105. Justice Federal accounts | A | Int./Div. | K | T | | | | | |
| 106. Invesco Int'l Gr. Sr. (annuity) | | None | J | T | | | | | see Part VIII |
| 107. MDLOX (w/in L IRA) Blackrock Global Alloc. | A | Int./Div. | J | T | | | | | |
| 108. Oppenheimer Equity Income IRA | B | Int./Div. | L | T | Buy (add'l) | 4/15/13 | J | | |
| 109. | | | | | Buy (add'l) | 6/18/13 | J | | |
| 110. | | | | | Buy (add'l) | 6/20/13 | J | | |
| 111. | | | | | Buy (add'l) | 9/3/13 | J | | |
| 112. Oppenheimer Main St Small Cap | A | Int./Div. | J | T | Buy | 10/21/13 | J | | |
| 113. | | | | | Buy (add'l) | 11/7/13 | J | | |
| 114. | | | | | | | | | |
| 115. Scholars Edge Large Cap nka Dreyfus R Growth | | None | J | T | | | | | see Part VIII |
| 116. Scolars Edge Sm & Mid Cap | | None | J | T | | | | | see Part VIII |
| 117. Scholars Edge Int'l Equity | | None | J | T | | | | | see Part VIII |
| 118. Scholars Edge Agg Grow nka Moderately Agg | | None | K | T | Buy (add'l) | 04/01/13 | J | | see Part VIII |
| 119. Scholars Edge Large Cap Value nka Value | | None | J | T | | | | | see Part VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trust, Alan S. | 09/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Scholars Edge Aggresive | | None | J | T | Buy | 04/01/13 | J | | see Part VIII |
| 121. Scholars Edge Moderate | | None | J | T | Buy | 04/01/13 | J | | see Part VIII |
| 122. Pimco VIT All Asset (annuity) | | None | K | T | | | | | see Part VIII |
| 123. Oppenheimer Deveoping Mkts Fund | A | Int./Div. | J | T | Buy | 02/04/13 | J | | |
| 124. | | | | | Buy (add'l) | 02/15/13 | J | | |
| 125. | | | | | Sold (part) | 04/15/13 | J | A | |
| 126. | | | | | Sold (part) | 05/06/13 | K | B | |
| 127. | | | | | Sold (part) | 05/13/13 | J | B | |
| 128. | | | | | Sold (part) | 05/14/13 | K | A | |
| 129. Oppenheimer Rochester Ltd Term NY Munis | A | Int./Div. | | | Sold (part) | 02/04/13 | J | A | |
| 130. | | | | | Sold (part) | 05/13/13 | J | A | |
| 131. | | | | | Sold (part) | 06/18/13 | J | | loss see VIII |
| 132. | | | | | Sold | 10/21/13 | J | | loss see VIII |
| 133. Oppenheimer Money Mkt (treat as bank acct) | A | Int./Div. | J | T | | | | | |
| 134. Oppenheimer Rochester AMT Free NY Munis | A | Int./Div. | J | T | Buy (add'l) | 01/08/13 | J | | |
| 135. | | | | | Buy (add'l) | 02/04/13 | J | | |
| 136. | | | | | Sold (part) | 05/06/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trust, Alan S. | 09/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Sold (part) | 05/13/13 | J | A | |
| 138. | | | | | Sold (part) | 06/18/13 | J | | loss see VIII |
| 139. | | | | | Sold (part) | 07/24/13 | J | | loss see VIII |
| 140. | | | | | Sold (part) | 07/29/13 | J | | loss see VIII |
| 141. | | | | | Buy (add'l) | 10/14/13 | J | | |
| 142. Oppenheimer Emerging Markets Debt Fund | | None | | | Sold | 08/01/13 | J | | exch for Global Opp |
| 143. Alliance Bern Disc Growth | | None | | | Sold | 7/25/13 | L | | see Part VIII |
| 144. Alliance Bern Market Neutral US | | None | | | | | | | sold 2012 - see Part VIII |
| 145. Alliance Bern Core Opportunites | | None | | | Sold | 7/25/13 | J | | see Part VIII |
| 146. US treasuries | A | Interest | K | T | | | | | see Part VIII |
| 147. AmerGen (L IRA) | A | Int./Div. | J | T | | | | | see Part VIII |
| 148. DELETED -- combined with line 178 | | | | | | | | | |
| 149. Oppenheimer Small & Mid Cap Value | A | Int./Div. | J | T | Buy | 05/06/13 | J | | |
| 150. Oppenheimer Int'l Value | A | Int./Div. | J | T | Buy | 05/06/13 | J | | |
| 151. | | | | | Buy (add'l) | 05/13/13 | J | | |
| 152. | | | | | Buy (add'l) | 05/21/13 | J | | |
| 153. | | | | | Sold (part) | 07/29/13 | J | | loss see VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trust, Alan S. | 09/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Oppenheimer Real Estate Fund | A | Int./Div. | | | Buy | 05/06/13 | K | | |
| 155. | | | | | Buy (add'l) | 05/13/13 | J | | |
| 156. | | | | | Buy (add'l) | 5/14/13 | J | | |
| 157. | | | | | Sold (part) | 06/18/13 | J | | loss see VIII |
| 158. | | | | | Sold (part) | 08/01/13 | J | | exch see VIII |
| 159. | | | | | Sold (part) | 10/21/13 | J | | exch see VIII |
| 160. | | | | | Sold | 11/07/13 | J | | loss see VIII |
| 161. Oppenheimer Discovery Mid Cap Growth | D | Int./Div. | K | T | Buy | 05/6/13 | J | | |
| 162. | | | | | Buy (add'l) | 05/13/13 | J | | |
| 163. | | | | | Buy (add'l) | 6/1/13 | J | | |
| 164. | | | | | Buy (add'l) | 11/18/13 | J | | |
| 165. Oppenheimer Int'l Growth | A | Int./Div. | K | T | Buy | 4/15/13 | J | | |
| 166. | | | | | Buy (add'l) | 5/6/13 | J | | |
| 167. | | | | | Buy (add'l) | 5/21/13 | J | | |
| 168. | | | | | Sold (part) | 7/29/13 | J | A | |
| 169. | | | | | Buy (add'l) | 11/22/13 | J | | |
| 170. Blackrock Global Dividend (AmPrise) | A | Int./Div. | K | T | Buy | 7/25/13 | J | | see Part VIII |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trust, Alan S. | 09/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Buy (add'l) | 8/26/13 | J | | see Part VIII |
| 172. | | | | | Buy (add'l) | 9/25/13 | J | | see Part VIII |
| 173. CNL Growth Props (AmPrise) | A | Int./Div. | J | T | Buy | 9/25/13 | J | | see Part VIII |
| 174. Corporate Capital (AmPrise) | A | Int./Div. | J | T | Buy | 9/4/13 | J | | see Part VIII |
| 175. Fidelity Advisor Growth Opp (AmPrise) | A | Int./Div. | K | T | Buy | 7/25/13 | J | | see Part VIII |
| 176. | | | | | Buy (add'l) | 8/26/13 | J | | see Part VIII |
| 177. | | | | | Buy (add'l) | 9/26/13 | J | | see Part VIII |
| 178. Goldman Sachs Strategic Inc. (AmPrise) | A | Int./Div. | K | T | Buy | 7/25/13 | K | | see Part VIII |
| 179. MFS Int'l Value (AmPrise) | A | Int./Div. | J | T | Buy | 7/25/13 | J | | see Part VIII |
| 180. | | | | | Buy (add'l) | 8/26/13 | J | | see Part VIII |
| 181. | | | | | Buy (add'l) | 9/26/13 | J | | see Part VIII |
| 182. Steelpath Opp MLP Inc (AmPrise) | A | Int./Div. | K | T | Buy | 7/25/13 | J | | see Part VIII |
| 183. | | | | | Buy (add'l) | 8/26/13 | J | | see Part VIII |
| 184. | | | | | Buy (add'l) | 9/26/13 | J | | see Part VIII |
| 185. Templeton Global Bond (AmPrise) | A | Int./Div. | J | T | Buy | 7/25/13 | J | | see Part VIII |
| 186. Transamerica Short Term Bond (AmPrise) | A | Int./Div. | K | T | Buy | 7/25/13 | K | | see Part VIII |
| 187. Wells Fargo WFA Absolute Return (AmPrise) | A | Int./Div. | K | T | Buy | 7/25/13 | K | | see Part VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trust, Alan S. | 09/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Northern Lights Altegris (AmPrise) | A | Int./Div. | J | T | Buy | 5/3/13 | J | | |
| 189. | | | | | | | | | |
| 190. | | | | | | | | | |
| 191. | | | | | | | | | |
| 192. | | | | | | | | | |
| 193. | | | | | | | | | |
| 194. | | | | | | | | | |
| 195. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Lines 2 - 12, 24-30, 78, 115-121-- based on information provided by the fund manager(s), no income or reinvested dividends, taxable or otherwise, was paid or attributed to any of these investments during the reporting period.

Lines 13, 14, 15, 16, 17, 18, 19, 20, 23, 143 and 145 -- these funds were at Alliance Bernstein as of 1/1/13, but were all transferred to AmeriPrise Financial in July 2013 on a roll over from IRA / SARSEP to IRA account.

Funds in lines   112, 170, 173, 174, 175, 178, 179, 182, 186 and 187 were purchased following transfer of lines 13, 14, 15, 16, 17, 18, 19, 20, 23, 143 and 145 to AmeriPrise.

A portion of line 25 was used to acquire portions of line 24 and 28 and line 30.

Losses were suffered for sales in lines 51, 52, 54, 56, 57, 60 - 63, 73-77, 130, 131, 138 - 140, 154 and 160; therefore no Gain code in D(4).

Fund in line 78 used to acquire funds in lines 115 - 121.

Line 144 -- fund was sold in 2012 but inadvertently not reported as such; sales were Feb 13, Feb 23, and December 2012 each J and each no reported gain or loss as within an IRA or SARSEP

Line 148 - the asset listed here has been combined with line 178.

Lines 158 and 159  --  Opp Real Estate Fund  were partial exchanges for Opp Global Value and Discovery Mid Cap (8/1/13) and Gloabal Opp (10/21) -- show as non reportable transactions

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Alan S. Trust**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544